1   BARRY E. HINKLE, Bar No. 071223
    PATRICIA A. DAVIS, Bar No. 179074
2   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, CA  94501-1091
    Telephone (510) 337-1001
5   Facsimile  (510) 337-1023

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their          ) No.    Case No. C 08 5791 BZ
    capacities as Trustees of the LABORERS   )
    HEALTH AND WELFARE TRUST FUND            )
12  FOR NORTHERN CALIFORNIA; LABORERS        )
    VACATION-HOLIDAY TRUST FUND FOR          ) **EX PARTE APPLICATION FOR**
13  NORTHERN CALIFORNIA; LABORERS            ) **CONTINUANCE OF CASE**
    PENSION TRUST FUND FOR NORTHERN          ) **MANAGEMENT CONFERENCE;**
14  CALIFORNIA; and LABORERS TRAINING        ) ~~(PROPOSED)~~ **ORDER**
    AND RETRAINING TRUST FUND FOR            )
15  NORTHERN CALIFORNIA,                     )
                                             )
16               Plaintiffs,                 )
                                             )
17       v.                                  )
                                             )
18  DICKINSON CAMERON CONSTRUCTION           )
    COMPANY, INC., a California Corporation, )
19                                           )
                 Defendant.                  )
20  _____)

21

22  **TO:    THE CLERK OF THE COURT AND DEFENDANT DICKINSON CAMERON**

    **CONSTRUCTION COMPANY, INC., a California Corporation:**
23
            Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case
24
    management conference scheduled for April 6, 2009 be continued for forty-five days.
25
            On December 31, 2008, Plaintiffs filed their Complaint in this matter.  Defendant was
26
    served via substituted service on January 22, 2009.  Thereafter, Defendant contacted Plaintiffs'
27
    counsel, Concepción Lozano-Batista, to request an extension of time to answer and to discuss
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No. C08 5791 BZ

1  settlement of the case.  On February 23, 2009 the parties filed a Stipulation to extend the time to

2  answer Plaintiffs' Complaint to April 20, 2009.  In the meantime, the parties have agreed to

3  continue to discuss settlement of this matter.  Defendant is in agreement with Plaintiffs' request to

4  continue the date set for the CMC.  In addition, Plaintiffs' counsel, Concepción Lozano-Batista

5  will be on vacation from March 20, 2009 through April 17, 2009.  Ms. Lozano-Batista has been the

6  primary attorney in this case and is familiar with the particulars of the case.

7         The above stated facts are set forth in the accompanying declaration of Concepción E.

8  Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,

9  filed herewith.

10
   Dated: March 4, 2009

11                                               WEINBERG, ROGER & ROSENFELD
                                                 A Professional Corporation
12
                                                 By: _____/s/_____
13                                               CONCEPCIÓN E. LOZANO-BATISTA
   119234/522644
14
                    **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
15
          Based upon the foregoing Ex Parte Application for Continuance of Case Management
16
   Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to
17
   Continue Case Management Conference, the Court orders a continuance of the case management
18
   conference for forty-five days.  In addition, the Court Orders:
19  **THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO MONDAY, JUNE 1,
    2009 AT 9:00 A.M.**
20

21
   DATED: ___March 4, 2009___
22

23  _____
    HONORABLE BERNARD ZIMMERMAN
    **JUDGE OF THE DISTRICT COURT**
24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No. C08 5791 BZ