|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,

    Plaintiff(s),

v.

DICKINSONE CAMERON CONSTRUCTION COMPANY, a California Corporation,

    Defendant(s).

No. C08-5791 BZ

**CONDITIONAL ORDER OF DISMISSAL**

    The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: April 24, 2009

                                                 */s/ Bernard Zimmerman*
                                                Bernard Zimmerman
                                         United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\BD OF TRUSTEES V DICKINSON CAMERON COND DISMISSAL.wpd

1